# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-986
_____

SHARON PALACIOS,

Appellant,

v.

APRIL FLEMING,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Virginia Norton, Judge.

March 21, 2018

PER CURIAM.

AFFIRMED.

ROWE, RAY, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Eric S. Block, Fraz Ahmed, and Caitlin E. O'Donnell of the Law Offices of Eric S. Block, PLLC, Jacksonville, for Appellant.

Rhonda B. Boggess of Taylor, Day, Grimm & Boyd, Jacksonville, for Appellee.